02-11-397-CV









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

NO. 02-11-00397-CV

 

 


 
 
 Korey Prather
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 BNSF Railway Company
 
 
  
 
 
 APPELLEE
 
 


 

 

------------

 

FROM THE 342nd
District Court OF Tarrant COUNTY

------------

MEMORANDUM
OPINION[1] AND
JUDGMENT

------------

 

We
have considered “Appellant's Motion To Dismiss.”  It is the court=s
opinion that the motion should be granted; therefore, we dismiss the appeal.  See
Tex. R. App. P. 42.1(a)(1), 43.2(f).

          Costs
of the appeal shall be paid by appellant, for which let execution
issue.  See Tex. R. App. P. 42.1(d).

 

                                                                             PER
CURIAM

PANEL: 
GARDNER,
WALKER, and MCCOY, JJ. 


 

DELIVERED:
 October 27, 2011









[1]See Tex. R. App. P. 47.4.